IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 03-cv-02209-MSK-MJW

VINCENT D. FRANCO, JR.,

    Plaintiff,

v.

THE REGENTS OF THE UNIVERSITY OF COLORADO, a body corporate,

    Defendant.

_____

**ORDER RESCHEDULING FINAL TRIAL PREPARATION CONFERENCE**
_____

The Final Trial Preparation Conference previously set for December 16, 2005 is hereby reset to **December 14, 2005 at 4:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

DATED this 14th day of October, 2005.

                                      **BY THE COURT:**

                                      Marcia S. Krieger
                                      United States District Judge