IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 03-cv-02209-MSK-MJW

VINCENT D. FRANCO, JR.,

    Plaintiff,

v.

THE REGENTS OF THE UNIVERSITY OF COLORADO, a body corporate,

    Defendant.

_____

**ORDER GRANTING MOTION TO WITHDRAW**
_____

THIS MATTER, having come before the Court, the Court having reviewed the Motion to Withdraw **(#57)** and the file, having considered said Motion, and being fully advised in the premises, the Court hereby:

FINDS THAT good cause exists for the Motion to Withdraw and ORDERS that the Motion to Withdraw is hereby GRANTED and Michael W. Schreiner is permitted to withdraw as counsel of record in this matter. David P. Temple will continue to represent The Regents of the University of Colorado as counsel of record.

DATED this 9th day of November, 2005.

                                                    **BY THE COURT:**

                                                    _____

                                                    Marcia S. Krieger
                                                    United States District Judge