IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 03-cv-02209-MSK-MJW

VINCENT D. FRANCO, JR.,

  Plaintiff,

v.

THE REGENTS OF THE UNIVERSITY OF COLORADO, a body corporate,

  Defendant.

## ORDER DENYING MOTIONS FOR EXPEDITED STATUS CONFERENCE AND GRANTING MOTION TO QUASH SUBPOENA

THIS MATTER comes before the Court on two motions **(#64, #66)** asking the Court to hold an expedited status conference. Also pending is the Defendant's Motion to Quash Subpoena on Andrea Buchmeier **(#65)**. Having considered the same, the Court

**FINDS** and **CONCLUDES** that:

Trial in this matter is scheduled to begin on January 23, 2006 at 1:00 p.m. The Defendant asks the Court to hold a status conference prior to the trial. The Defendant contends that the Plaintiff has failed to provide revised witness and exhibit lists to reflect stipulated facts so that the trial length can be shortened.

The Court has no time available for a status conference prior to trial. The issues raised in the Defendant's motions can be raised at the time of trial, and time spent addressing these issues will be deducted from the time allocated to the presentation of evidence. Counsel and the parties are reminded that pursuant to Fed. R. Civ. P. 11(b), they are obligated not to contest any facts for

which they have no contrary evidence.  Failure to comply with such rule could result in the imposition of sanctions.

The Court grants the motion to quash the subpoena.  Such subpoena was issued pursuant to the Colorado Rules of Civil Procedure, which have no application in this Court.  In addition, the trial will not begin until 1:00 p.m. on January 23, and no evidence will be received until January 24.

**IT IS THEREFORE ORDERED** that:

(1) The motions **(#64, #66)** for an expedited status conference are **DENIED**.

(2) The motion **(#65)** to quash the subpoena served upon Andrea Buchmeier is **GRANTED**.

Dated this 17th day of January, 2006

**BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge