IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 03-cv-02209-MSK-MJW

VINCENT D. FRANCO, JR.,

    Plaintiff,

v.

THE REGENTS OF THE UNIVERSITY OF COLORADO, a body corporate,

    Defendant.

## ORDER DENYING MOTIONS, AS MOOT

THIS MATTER comes before the Court on the Defendant's Motion to Withdraw Motion to Quash Subpoena on Andrea Buchmeier **(#68)** and Motion to Withdraw Motion for an Expedited Status Conference **(#69)**. Because the Court has already ruled **(#67)** upon the Motion to Quash and the Motion for an Expedited Status Conference, both Motions to Withdraw are moot.

**IT IS THEREFORE ORDERED** that the Defendant's Motion to Withdraw Motion to Quash Subpoena on Andrea Buchmeier **(#68)** and Motion to Withdraw Motion for an Expedited Status Conference **(#69)** are **DENIED**, as moot.

Dated this 19th day of January, 2006

                **BY THE COURT:**

                *Marcia S. Krieger*
                _____
                Marcia S. Krieger
                United States District Judge