IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 03-cv-02209-MSK-MJW

VINCENT D. FRANCO, JR.,

    Plaintiff,

v.

THE REGENTS OF THE UNIVERSITY OF COLORADO, a body corporate,

    Defendant.

---

## ORDER REGARDING COMPLIANCE WITH RULES

---

THIS MATTER comes before the Court on Plaintiff's Motion for Relief from Judgment **(#102)** filed March 30, 2006. A review of the Motion indicates that Plaintiff has not complied with applicable provisions of the Federal Rules of Civil Procedure or the United States District Court for the District of Colorado Local Rules of Practice dated April 15, 2002, specifically, D.C.COLO.LCivR 7.1(A),

    **IT IS THEREFORE ORDERED** that the Motion is **DENIED**, without prejudice.

    DATED this 31st day of March 2006.

                                    **BY THE COURT:**

                                    Marcia S. Krieger
                                    United States District Judge